UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARILYN TILLMAN-CONERLY,<br><br>    Plaintiff,<br><br>    v.<br><br>U.S. OFFICE OF PERSONNEL MGMT., et al.,<br><br>    Defendants. | No. 2:20–cv–950–TLN–KJN (PS)<br><br>ORDER EXTENDING TIME FOR SERVICE<br><br>(ECF No. 4) |

On May 8, 2020, plaintiff filed a complaint for alleged violations of her constitutional rights against defendants. (ECF No. 1.) The court's standard scheduling order issued, directing among other things for plaintiff to served defendants within 90 days. (ECF No. 3.) On July 13, plaintiff filed a motion requesting "service time be postponed and stayed." (ECF No. 4.) Therein, plaintiff asserts that due to the Covid-19 pandemic, she has been unable to serve the two named defendants in this case: a government agency and an employee thereof. Plaintiff states "The Agency has been closed for safety reasons . . . and will open when allowed to do and when it becomes safe to do so." Plaintiff attaches an email from a process server, dated June 1, 2020, who stated that most government offices are not accepting service due to the pandemic as well as protests in Washington D.C. Plaintiff therefore requests a stay of the action until service can be effectuated.

///

Given the shifting nature of the pandemic, and the seemingly daily changes in procedures meant to address the health crisis, the undersigned concludes that there is no good cause to issue an indefinite stay of this action. Instead, plaintiff is granted additional time to effectuate service. If plaintiff has not been able to serve defendants by late August, she may inform the court of the steps she took to attempt service and request an additional extension of time.

Accordingly, it is HEREBY ORDERED that:

1. Plaintiff's motion to stay (ECF No. 4) is DENIED;
2. Plaintiff shall have until August 31, 2020, to serve defendants; and
3. All other dates and deadlines listed in the order setting status conference (ECF No. 3) remain the same.

Dated: July 15, 2020

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

till.950